Electronically Filed - City of St. Louis - March 25, 2021 - 11:13 AM

**2122-CC00597**

### IN THE CIRCUIT COURT OF CITY OF ST. LOUIS
### STATE OF MISSOURI

| | | |
|---|---|---|
| MELLONY MILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: |
| v. | ) | |
| | ) | Division No.: |
| TRANSAMERICA PREMIER LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| **Serve:**   **c/o Director of Insurance** | ) | |
| **301 W. High Street, Room 530** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| MONUMENTAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| **Serve:**   **4333 Edgewood Road NE** | ) | |
| **Cedar Rapids, IA 52499** | ) | |
| | ) | |
| Defendants. | ) | |

### PETITION

**COMES NOW** Plaintiff, Mellony Milton (hereinafter "Milton"), by and through her undersigned counsel, and for her Petition and causes of action against Defendants TransAmerica Premier Life Insurance Company (hereinafter ("TransAmerica") and Monumental Life Insurance Company (hereinafter "Monumental"), states and shows the Court as follows:

### PLAINTIFF

1.      At all times pertinent hereto, Plaintiff, Mellony Milton, was and is an individual residing in Lake County, Illinois.

### DEFENDANTS

2.      Defendant TransAmerica Premier Life Insurance Company, hereinafter "TransAmerica" was and is a foreign insurance company, with its principle place of business

EXHIBIT A

Electronically Filed - City of St. Louis - March 25, 2021 - 11:13 AM

located in the State of Iowa, and is authorized to be business in the State of Missouri under charter number O00000824, which is in good standing.

3.      Defendant Monumental Life Insurance Company, hereafter "Monumental" is a life insurance company and at all times herein was a corporation doing business in the State of Missouri.

4.      Defendant TransAmerica may be served by service upon the Missouri Director of Insurance at the above-captained address.

5.      Defendant Monumental may be served by service on an officer of Monumental at the above-captained address.

## JURISDICTION AND VENUE

6.      Jurisdiction and venue are proper in this Court pursuant to RSMo. §§ 508.010 and 506.500, in that the Defendants are nonresidents of the State of Missouri, have transacted business within the State of Missouri and have insured persons and risks within the State of Missouri. Defendants have done business and maintained offices for conducting business in the City of St. Louis, Missouri at all times relevant hereto, including when the life insurance policy was issued, when decedent died, when Plaintiff's claim was denied, and at the present time.

## FACTS COMMON TO ALL COUNTS

7.      At all times relevant hereto, Plaintiff Mellony Milton was lawfully married to Derrek Stewart, the decedent.

8.      Defendant TransAmerica, by and through its predecessor and/or underwriter, Defendant Monumental, issued a life insurance policy for coverage of Decedent Derrek Stewart, and the beneficiary for the policy is Plaintiff Mellony Milton.

Electronically Filed - City of St. Louis - March 25, 2021 - 11:13 AM

9.      Defendants issued policy number 738319382 for valid consideration on July 1, 2014, providing life insurance coverage in the amount of $50,000.00 (Fifty Thousand Dollars).

10.      On June 4, 2016, Derrek Stewart died as the result of an accident.

11.      As beneficiary of the life insurance policy, Plaintiff Mellony Milton demanded payment be made by Defendants TransAmerica and Monumental in the total amount of $50,000.00 (Fifty Thousand Dollars).

12.      Defendants TransAmerica and Monumental have denied that claim.

13.      Decedent Derrek Stewart and Plaintiff Mellony Milton complied with every term, stipulation, and condition required of them under the provisions of the subject life insurance policy that entitle Plaintiff Mellony Milton to collect benefits from said policy.  Plaintiff Mellony Marshall has demanded payment from Defendants but said Defendants have refused to pay.

14.      More than thirty (30) days have elapsed since Plaintiff Mellony Milton has demanded payment of the life insurance benefits and when this Petition is filed.

## COUNT I – BREACH OF CONTRACT

15.      Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 14 above of the Petition as though set forth fully herein.

16.      The subject policy of insurance is a contract under which Defendants TransAmerica and Monumental assumed liabilities, duties, and obligations, and made promises to pay on claims, in exchange for payment of premiums.  All performance due to Defendants under the policy concerning the coverage at issue here have been rendered in full and accepted by Defendants, yet Defendants have failed and refused to perform and honor their bargain under the policy after demands by Plaintiff Mellony Milton.

17.      Defendants refusal to make payment to Plaintiff Mellony Milton under the subject policy of life insurance constitutes a breach of the policy.

Electronically Filed - City of St. Louis - March 25, 2021 - 11:13 AM

18.    Defendants breach of the subject policy of life insurance and continued failure to perform has directly and proximately caused monetary damages to Plaintiff Mellony Milton in the face amount of $50,000.00.

WHEREFORE, Plaintiff Mellony Milton prays for judgment under Count I of this Petition for Damages against Defendants in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), but less than Seventy-Five Thousand Dollars ($75,000.00), plus her prejudgment interest and her reasonable attorney's fees, together with an amount that is fair and reasonable for her costs herein incurred and expended, and for such other and further relief as the Court deems just and proper.

## COUNT II – VEXATIOUS REFUSAL TO PAY

19.    Plaintiff incorporates by reference the allegations contained in paragraphs 1 though 18 above of the Petition as though set forth fully herein.

20.    This is an action by Plaintiff Mellony Milton to recover the amount of loss due to her under the policy of lie insurance, according to the terms and conditions of the subject policy.

21.    Plaintiff Mellony Milton has complied with all terms and conditions under the subject policy of life insurance and has supplied all information requested by Defendants that she has available to her.

22.    Defendants have willfully failed and refused for a period exceeding thirty days after due demand to pay Plaintiff Mellony Milton the lie insurance policy in full without bona fide reason and reasonable factual cause or excuse for contesting the life insurance claim.

23.    Defendants refusal and/or failure to pay Plaintiff Mellony Milton's loss and claims are without reasonable cause or excuse as that term is contemplated and/or used by Missouri Revised Statute Section 375.420.

Electronically Filed - City of St. Louis - March 25, 2021 - 11:13 AM

WHEREFORE, Plaintiff Mellony Milton prays for judgment under Count II of this Petition for Damages against Defendants in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), but less than Seventy-Five Thousand Dollars ($75,000.00), plus prejudgment interest and her reasonable attorney's fees, together with an amount that is fair and reasonable for her costs herein incurred and expended, and for such other and further relief as the Court deems just and proper.

**THE ONDER LAW FIRM**

By      _/s/ Matthew P. O'Grady_
        Matthew P. O'Grady  #47543
        110 E. Lockwood
        St. Louis, MO 63119
        314/963-9000 telephone
        314/963-1700 facsimile
        ogrady@onderlaw.com

        *Attorneys for Plaintiff*



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00597 |
| Plaintiff/Petitioner:<br>MELLONY MILTON | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW P O'GRADY<br>110 E LOCKWOOD<br>ST LOUIS, MO  63119 |
| vs. | |
| Defendant/Respondent:<br> TRANSAMERICA PREMIER LIFE<br>INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **TRANSAMERICA PREMIER LIFE INSURANCE COMPANY**
                                                    **Alias:**

C/O DIRECTOR OF INSURANCE
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 25, 2021**
_____
Date

_Thomas Kloeppinger_
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____
                                        Date                                            Notary Public

| Sheriff's Fees, if applicable | | | |
|---|---|---|---|
| Summons | $_____ | | |
| Non Est | $_____ | | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) | |
| **Total** | $_____ | | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00597 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MELLONY MILTON<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 E LOCKWOOD<br>ST LOUIS, MO  63119 | |
| Defendant/Respondent:<br>TRANSAMERICA PREMIER LIFE INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

### Summons for Personal Service Outside the State of Missouri
#### (Except Attachment Action)

The State of Missouri to:   **MONUMENTAL LIFE INSURANCE COMPANY**
  Alias:

**4333 EDGEWOOD ROAD NE
CEDAR RAPIDS, IA  52499**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**March 25, 2021**

_____          _Thomas Kloeppinger_____
              Date                                                        Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐  delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    ☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____ _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    ☐  other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                  Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
    I am: (check one) ☐  the clerk of the court of which affiant is an officer.
                      ☐  the judge of the court of which affiant is an officer.
*(Seal)*              ☐  authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                      ☐  authorized to administer oaths.  (use for court-appointed server)

_____
              Signature and Title

**Service Fees**
Summons      $_____
Non Est       $_____
Mileage       $_____  (_____miles @ $ _____ per mile)
**Total**         $_____

**See the following page for directions to officer making return on service of summons.**

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Electronically Filed - City of St. Louis - April 21, 2021 - 08:32 AM



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00597 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MELLONY MILTON | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 E LOCKWOOD<br>ST LOUIS, MO 63119 | |
| vs. | | |
| Defendant/Respondent:<br>TRANSAMERICA PREMIER LIFE INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Breach of Contract | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: | MONUMENTAL LIFE INSURANCE COMPANY<br>Alias: |
|---|---|
| **4333 EDGEWOOD ROAD NE<br>CEDAR RAPIDS, IA 52499** | |

**COURT SEAL OF**

**CIRCUIT COURT OF MISSOURI**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**March 25, 2021**

_____    _Thomas Kloeppinger_
Date                              Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Deputy_ of _Linn_ County, _Iowa_ (state).
3. I have served the above summons by: (check one)
   - [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - [x] (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Monumental Life Ins. aka TransAmerica_ (name) _Carla Duggan_ (title).
   - [ ] other:

Served at _1750 Progress Dr. Hiawatha_ (address)

in _Linn_ County, _Iowa_ (state), on _4/13/2021_ (date) at _11:25 AM_ (time).

_ALAN JOHNSON_                        _alp    57-115_
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Subscribed and sworn** to before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
   - [ ] the clerk of the court of which affiant is an officer.
   - [ ] the judge of the court of which affiant is an officer.
   - [ ] authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
   - [ ] authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**NICHOLE ANN KRIEGEL<br>COMMISSION NUMBER 821167<br>MY COMMISSION EXPIRES:<br>11/02/22**

| Service Fees | |
|---|---|
| Summons | $ 20.00 |
| ~~Non Est~~ | $ 5.00 |
| Mileage | $ 7.55 |
| Total | $ 42.55 |

Copy

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 21-SMOS-1226**     1 of 2  **(2122-CC00597)**     Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

Electronically Filed - City of St. Louis - April 21, 2021 - 08:32 AM

Case Name Mellony Milton vs Transamerica Life Insurance Company

**RETURN OF SERVICE**
**Service Type: Corporation/Association**

Case No.    2122-CC00597

Date Rcvd: April 13, 2021

STATE OF IOWA
                    ss.
LINN COUNTY

I certify that I served a copy of Summons for Personal Service Outside the State of Missouri, Petition, Plaintiff's First Set of Interrogatories Directed to Defendant, Plaintiff's First Request for Production Directed to Defendant - Filed in City of St Louis, Missouri to Transamerica Life Insurance Company by serving Carla Duggan at 1750 Progress Dr. Hiawatha, IA 52233 on 4/13/2021 @ 11:25 AM.

Fees:
Mileage ($7.55) Service Fee ($30.00) Copy Fee ($5.00)
Total: $42.55

Brian D. Gardner, Sheriff, Linn County, Iowa

By _Alan Johnson_  115

Deputy Sheriff     Alan Johnson

STATE OF IOWA  ) SS
COUNTY OF LINN )
Subscribed and sworn to before me, a Notary Public by
the DEPUTY ALAN JOHNSON #51-115
this 13th day of APRIL , 20 21.
_Nichole_
Notary Public in and for Linn County, Iowa

NICHOLE ANN KRIEGEL
COMMISSION NUMBER 821167
MY COMMISSION EXPIRES:

Fees charged to/paid by Atty/Party:
Matthew P. O'Grady
110 E. Lockwood
St Louis, MO 63119

Electronically Filed - City of St. Louis - April 21, 2021 - 08:35 AM

**IN THE CIRCUIT COURT OF CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| MELLONY MILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: |
| v. | ) | |
| | ) | Division No.: |
| TRANSAMERICA PREMIER LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff's First Interrogatories and First Request for Production of Documents Directed to Defendant Monumental Life Insurance Company were served simultaneously with the Summons and Petition by the Linn County, Iowa Sheriff on  April 13, 2021.

**ONDERLAW, LLC**

By:      /s/ Matthew P. O'Grady
Matthew P. O'Grady, #47543
110 East Lockwood Avenue
St. Louis, MO 63119
Tel:    (314) 963-9000
Fax:    (314) 963-1700
ogrady@onderlaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was eFiled with the Clerk of the Circuit Court on this 21st day of April 2021.

 /s/ Matthew P. O'Grady

Electronically Filed - City of St. Louis - April 21, 2021 - 08:32 AM

 **IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number:  2122-CC00597 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MELLONY MILTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>MATTHEW P O'GRADY<br>110 E LOCKWOOD<br>ST LOUIS, MO 63119 | |
| Defendant/Respondent:<br>TRANSAMERICA PREMIER LIFE INSURANCE<br>COMPANY<br>Nature of Suit:<br>CC Breach of Contract | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   **MONUMENTAL LIFE INSURANCE COMPANY**
**Alias:**

**4333 EDGEWOOD ROAD NE**
**CEDAR RAPIDS, IA  52499**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**March 25, 2021**

_____         _____
Date                                                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:

1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.   My official title is ____Deputy____ of ____Linn____ County, ____Iowa____ (state).
3.   I have served the above summons by: (check one)

☐   delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐   leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑   (for service on a corporation) delivering a copy of the summons and a copy of the petition to Monumental Life Ins. aka Transamerica (name) ____Carla Duggan____ (title).
☐   other:_____

Served at ____1750  Progress  Dr.  Hiawatha____ (address)
in ____Linn____ County, ____Iowa____ (state), on ____4/13/2021____ (date) at ____11:25 AM____ (time).

____ALAN JOHNSON____                    _____  57-45
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
                    Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
                    I am: (check one)  ☐   the clerk of the court of which affiant is an officer.
                                                    ☐   the judge of the court of which affiant is an officer.
                                                    ☐   authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                                                    ☐   authorized to administer oaths. (use for court-appointed server)

NICHOLE ANN KRIEGEL
COMMISSION NUMBER 821167
MY COMMISSION EXPIRES:
11/20/22

                    _____
                    Signature and Title

| Service Fees | |
|---|---|
| Summons | $ 30.00 |
| Non-Est | $ 5.00 |
| Mileage | $ 7.55 |
| Total | $ 42.55 |

COPY

(_____ miles @ $ _____ per mile)

**See the following page for directions to officer making return on service of summons.**

Electronically Filed - City of St. Louis - April 21, 2021 - 08:32 AM

Case Name Mellony Milton vs Transamerica Life Insurance Company

**RETURN OF SERVICE**
**Service Type: Corporation/Association**

Case No.    2122-CC00597

Date Rcvd: April 13, 2021

STATE OF IOWA

         ss.

LINN COUNTY

I certify that I served a copy of Summons for Personal Service Outside the State of Missouri, Petition, Plaintiff's First Set of Interrogatories Directed to Defendant, Plaintiff's First Request for Production Directed to Defendant - Filed in City of St Louis, Missouri to Transamerica Life Insurance Company by serving Carla Duggan at 1750 Progress Dr. Hiawatha, IA 52233 on 4/13/2021 @ 11:25 AM.

Fees:
Mileage ($7.55) Service Fee ($30.00) Copy Fee ($5.00)
Total: $42.55

Brian D. Gardner, Sheriff, Linn County, Iowa

By *Alan Johnson* 115
_____

Deputy Sheriff    Alan Johnson

STATE OF IOWA  ) SS
COUNTY OF LINN )
Subscribed and sworn to before me, a Notary Public by
DEPUTY ALAN JOHNSON #51-115
this 13th day of APRIL, 20 21.
*Nichole K.* 
Notary Public in and for Linn County, Iowa



NICHOLE ANN KRIEGEL
COMMISSION NUMBER 821187
MY COMMISSION EXPIRES:
11/22/22

Fees charged to/paid by Atty/Party:
Matthew P. O'Grady
110 E. Lockwood
St Louis, MO 63119



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**   RECEIVED

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00597 | APR 1 4 2021 |
|---|---|---|
| Plaintiff/Petitioner:<br>MELLONY MILTON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MATTHEW P O'GRADY<br>110 E LOCKWOOD<br>ST LOUIS, MO  63119 | COLE COUNTY<br>SHERIFF'S OFFICE |
| Defendant/Respondent:<br>TRANSAMERICA PREMIER LIFE<br>INSURANCE COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  TRANSAMERICA PREMIER LIFE INSURANCE COMPANY
Alias:

C/O DIRECTOR OF INSURANCE
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO  65101

**COLE COUNTY, MO**

COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 25, 2021**        _Thomas Kloeppinger_
_____        _____
Date            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to. _Deborah Lee_ (name) _Designee_ (title).
☐ other: _____

Served at _301 W High St_ (address)
in _Cole_ (County/City of St. Louis), MO, on _4|15|21_ (date) at _9:51 am_ (time).

_Sheriff John P Wheeler_        By _Deputy ___ #48_
_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
_____        _____
Date            Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ | |
| Mileage | $_____ ( ___ miles @ $.___ per mile) | |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

State of Missouri

# Department of Commerce and Insurance



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

TRANSAMERICA PREMIER LIFE INSURANCE COMPANY
4333 EDGEWOOD RD NE

CEDAR RAPIDS, IA 52499

**RE:** Court: St. Louis City Circuit Court, Case Number: 2122-CC00597

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Thursday, April 15, 2021.

*Chlora Lindley-Myers*

Director of Commerce and Insurance

---

AFFIDAVIT

State of Missouri,

ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on April 15 2021 by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

ENTERED
MAY 03 2021
PAC

Director, Department of Commerce and Insurance

By:

Subscribed and sworn to before me this 15th day of April, 2021

*Kathryn Latimer*

Notary Public

My commission expires:

KATHRYN LATIMER
My Commission Expires
March 4, 2024
Cole County
Commission #12418395

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

301 West High Street, Room 530, P.O. Box 690 / JeffersonCity, Missouri 65102-0690
Telephone 573-526-0000 / TDD 1-573-526-4536 (Hearing Impaired)
http://www.dci.mo.gov