

**2122-CC00597 - MELLONY MILTON V TRANSAMERICA PREMIER LIFE ET AL (E-CASE)**

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

**05/03/2021** ☐ **Filing:**
DEPARTMENT OF COMMERCE AND INSURANCE

**04/29/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-2061; Served To - TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; Server - ; Served Date - 15-APR-21; Served Time - 09:51:00; Service Type - Sheriff Department; Reason Description - Served

**04/21/2021** ☐ **Corporation Served**
Document ID - 21-SMOS-1226; Served To - MONUMENTAL LIFE INSURANCE COMPANY; Server - ; Served Date - 13-APR-21; Served Time - 11:25:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Certificate of Service**
Certificate of Service.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** MELLONY MILTON

☐ **Notice of Service**
Affidavit of Service of Summons on Defendant Monumental Life Insurance Company.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** MELLONY MILTON

**04/06/2021** ☐ Jury Trial Scheduled
Scheduled For: 09/07/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis

**03/25/2021** ☐ **Summ Issd- Circ Pers Serv O/S**
Document ID: 21-SMOS-1226, for MONUMENTAL LIFE INSURANCE COMPANY.

☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-2061, for TRANSAMERICA PREMIER LIFE INSURANCE COMPANY.

☐ Filing Info Sheet eFiling
   **Filed By:** MATTHEW P O'GRADY

☐ Note to Clerk eFiling
   **Filed By:** MATTHEW P O'GRADY

☐ **Pet Filed in Circuit Ct**
Petition.
   **Filed By:** MATTHEW P O'GRADY
   **On Behalf Of:** MELLONY MILTON

Exhibit B

Case.net: 2122-CC00597 - Docket Entries                               https://www.courts.mo.gov/casenet/cases/searchDockets.do?inputVO.ca...

☐ **Judge Assigned**

Case.net Version 5.14.17.6 | Return to Top of Page | Released 04/13/2021