# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MELLONY MILTON,<br><br>    Plaintiffs,<br><br>v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,<br><br>    Defendants. | Cause No. 4:21CV559(JCH) |

## ORDER

The Court having been advised by counsel for all parties that the above action has been settled:

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 22nd day of June, 2021

                                         \s\ Jean C. Hamilton
                               UNITED STATES DISTRICT JUDGE